| | |
|---|---|
| **Christianson Companies Inc** | **Voucher Date**     **Voucher Number** |
| 4609 33rd Ave S  Ste#400 | 02/14/2025            153537 |
| Fargo, ND 58104 | |
| | **Direct Deposit Advice** |
| ***\*\*\* This is not a check\*\*\**** | |
| | **Direct Deposit Amount**     \*\*\*\*\*\* 3,614.70 |
| Direct Deposit Advice | |
| **JASON ELLINGSON** | |
| 11 BIRCH LANE S | |
| FARGO, ND 58103 | |

RP_010_8201_Y  © 2012 ReadyPayY

| JASON ELLINGSON | | February 14, 2025 | | | 153537 |
|---|---|---|---|---|---|
| Emp Id | 3335 | Loc | #2-Acct | Period Begin | 01/26/25 | Net Pay | 3,614.70 |
| SSN | XXX-XX-8704 | Hire Date | 01/24/25 | Period End | 02/08/25 | Dir Dep | 3,614.70 |
| Clock | XXXX | Status | A | Check Type | Regular | | |

### Earnings Summary

| **Total Gross Pay** | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular Earnings | 80.00 | | 5,000.00 | 5,000.00 |
| | 80.00 | | 5,000.00 | 5,000.00 |

| **Taxes** | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | S1-0 | 4,758.04 | 728.35 | 728.35 |
| OASDI | | 4,758.04 | 295.00 | 295.00 |
| Medicare | | 4,758.04 | 68.99 | 68.99 |
| Medicare - Additional | | 4,758.04 | 0.00 | 0.00 |
| North Dakota SITW | S-0 | 4,758.04 | 51.00 | 51.00 |
| | | | 1,143.34 | 1,143.34 |

| **Other Deductions from Pay** | Current Amt | Ytd Amt | |
|---|---|---|---|
| Medical PreTax | 128.92 | 128.92 | • |
| Dental PreTax | 4.34 | 4.34 | • |
| Medical Reimbursement | 108.70 | 108.70 | • |
| | 241.96 | 241.96 | |

### Payment Summary for Voucher 153537

| | |
|---|---|
| Total Gross Pay | 5,000.00 |
| Federal Taxes | -1,092.34 |
| State and Local Taxes | -51.00 |
| Other Deductions | -241.96 |
| Net Pay | 3,614.70 |
| Direct Deposits | -3,614.70 |
| Net Check | 0.00 |

### Additional Information

| **Time Off Balances** | Dollars | Hours |
|---|---|---|
| PTO Hrs | | 6.15 |

### Direct Deposits

| Bank | Account | Current Amt |
|---|---|---|
| First Community Credit U | Ends with \*\*\*0405 | 3,614.70 |
| | | 3,614.70 |

• This code is not included in your Federal taxable wages.

**Christianson Companies Inc**
4609 33rd Ave S  Ste#400  Fargo, ND 58104