UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bky. Case No. 25-30050 |
| | ) | Chapter 7 |
| Jason R. Ellingson, | ) | |
| | ) | **OBJECTION TO DEBTOR'S** |
| Debtor. | ) | **CLAIM OF EXEMPTIONS** |
| | ) | **(WITH NOTICE)** |

Gene W. Doeling, the bankruptcy trustee in this case, objects to the debtor's claim of exemptions contained in Schedule C of his bankruptcy petition and schedules.

The debtor filed a Chapter 7 bankruptcy petition on February 18, 2025 and the creditors meeting was held on April 7, 2025. The debtor claims exemptions under N.D.C.C. § 28-22-03 in several assets under Schedule C of his bankruptcy petition, however does not qualify to use that exemption, since this exemption statute is only available to the head of a family as defined by N.D.C.C. § 28-22-01.1. The debtor does not list any dependents on Schedule J and testified at the creditors meeting that he is single and has no dependents. Thus, the trustee objects to all of the debtor's claims of exemption under N.D.C.C. § 28-22-03 contained in Schedule C because the debtor does not qualify to use that exemption.

THEREFORE, the bankruptcy trustee respectfully requests that all of the debtor's exemption claims under N.D.C.C. § 28-22-03 be disallowed.

**NOTICE OF MOTION:** Your rights may be affected in the action. You should read the papers carefully and discuss the matters with your attorney if you have one. If you want the court to consider your views you should mail a written response to the action, within 14 days of the date of mailing of this document, and file the response with the Clerk of Bankruptcy Court and a copy served upon the U.S. Trustee and Bankruptcy Trustee. If you do not take this step the court may assume that you do not oppose the action and the court may enter an Order approving the request made in these legal documents.

| | | |
|---|---|---|
| Clerk, U.S. Bankruptcy Court | United States Trustee | Trustee |
| Quentin N. Burdick U.S. Courthouse | 300 S. 4th Street | (See |
| 655 First Ave. N. – Suite 210 | Suite 1015 | address |
| Fargo, ND 58107-4932 | Minneapolis, MN  55415 | below) |

DATED: April 15, 2025              /s/ Gene W. Doeling
                                              Gene W. Doeling
                                              Bankruptcy Trustee
                                              P.O. Box 9231
                                              Fargo, ND 58106
                                              (701) 232-8757

Case 25-30050   Doc 10   Filed 04/15/25   Entered 04/15/25 15:43:22   Desc Main
Document      Page 2 of 3

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: ) | Bky. Case No. 25-30050 |
| ) | Chapter 7 |
| Jason R. Ellingson, ) | |
| ) | **CERTIFICATE OF SERVICE** |
| Debtor. ) | |
| ) | |

    Gene W. Doeling of Fargo, ND, swears that on April 15, 2025, he mailed in first class postage-paid envelopes and deposited same in the post office at Fargo, ND, or served electronically at the given e-mail address a copy of the following:

**OBJECTION TO DEBTOR'S CLAIM OF EXEMPTIONS (WITH NOTICE)**

to the parties listed below:

Jason Ellingson
11 Birch Ln S
Fargo, ND  58103

Christianna Cathcart, on behalf of the debtor, christianna@dakotabankruptcy.com

U.S. Trustee, USTPRegion12.SX.ECF@usdoj.gov


                                                       /s/  Gene W. Doeling